NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AVANIR PHARMACEUTICALS INC.,**
*Plaintiff-Appellee*

**AVANIR HOLDING COMPANY, CENTER FOR NEUROLOGICAL STUDY,**
*Plaintiffs*

**v.**

**PAR PHARMACEUTICAL INC., PAR PHARMACEUTICAL COMPANIES INC.,**
*Defendants-Appellants*

---

2014-1838

---

Appeal from the United States District Court for the District of Delaware in No. 1:11-cv-00704-LPS, Chief Judge Leonard P. Stark.

---

**JUDGMENT**

---

F. DOMINIC CERRITO, Quinn Emanuel Urquhart & Sullivan, LLP, New York, NY, argued for plaintiff-appellee. Also represented by ERIC C. STOPS, EVANGELINE SHIH, DANIEL C. WIESNER.

JANINE A. CARLAN, Arent Fox, LLP, Washington, DC, argued for defendants-appellants. Also represented by RICHARD J. BERMAN, AZIZ BURGY, TANIEL ERMANO ANDERSON, STEPHEN YANG.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (CHEN, LINN, and HUGHES, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

August 10, 2015          /s/ Daniel E. O'Toole
     Date                Daniel E. O'Toole
                         Clerk of Court